■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LUIS HIRALDO, Respondent. [629 NYS2d 715] —Order unanimously affirmed *(see, People v Goss,* 214 AD2d 1007; *People v Avery,* 214 AD2d 1018). (Appeal from Order of Supreme Court, Erie County, Rossetti, J.—Dismiss Indictment.) Present—Lawton, J. P., Fallon, Wesley, Callahan and Doerr, JJ.